**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

CHRIS OROSCO, *personal representative*
*of the Wrongful Death Estate of Micheal*
*Ross Orosco,*

      Plaintiff,

v.                                                                    Civ. No. 21-1007 WJ/GJF

DARLA BANNISTER, et al.,

      Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

Based on its *ex parte* conversations with counsel today, the Court **VACATES** the

Settlement Conference set for October 6, 2022.  The Court believes that additional discovery is

necessary for the settlement conference to be potentially productive.

In addition, the Court **ORDERS** counsel to confer regarding mutually convenient dates

in November or December[1] for rescheduling the settlement conference and to email the Court

with all viable dates of those listed below.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's available dates are November 8, 11, 15, 16, or 29 or December 6–8, 13–15, or 21.